UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BENTON,<br><br>Defendant. | No. 1:14-cr-00265-LJO-SKO<br><br>ORDER DISMISSING MOTION FOR COMPASSIONATE RELEASE<br><br>(Doc. Nos. 30, 32) |

On July 2, 2020, defendant Kenneth Benton filed what appeared to be a motion for compassionate release under 18 U.S.C. § 3582. (Doc. No. 30.) Pursuant to the Eastern District of California's General Order No. 595, the motion was referred to the Federal Defender's Office in this district. (Doc. No. 31.) That office filed a notice with the court reporting that defendant Benton is in state custody pursuant to a state court criminal judgment and, accordingly, the Office of the Federal Defender would not be supplementing his motion and was instead seeking to withdraw as counsel of record. (Doc. No. 32.) Because only those prisoners being held on federal criminal judgments may move for a compassionate release under 18 U.S.C. § 3582, defendant's pending motion for compassionate release (Doc. No. 30) will be DISMISSED.

To the extent defendant may be challenging the conditions of his confinement based upon concerns posed by the COVID-19 pandemic in the Fresno County Jail, where he is apparently currently incarcerated, a civil rights lawsuit under 42 U.S.C. § 1983 would appear to be the

1

appropriate mechanism for him to pursue relief.  The court expresses no opinion as to whether other forms of relief may be available to defendant under state law.

Accordingly:

1. Defendant's motion for release (Doc. No. 30) is DISMISSED;
2. The Office of the Federal Defender's request to withdraw as counsel (Doc. No. 32) is GRANTED;
3. The Clerk of Court is directed to send defendant Kenneth Benton a copy of this order and a copy of the "Prisoner Civil Rights Packet," which is also available on the court's website.

IT IS SO ORDERED.

Dated:   **July 29, 2020**

UNITED STATES DISTRICT JUDGE

2